

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-12-00721-CV

**PHILADELPHIA INDEMNITY INSURANCE COMPANY** a/s/o Mirsan, L.P., d/b/a Sienna
Ridge Apartments,
Appellants

v.

Carmen A. **WHITE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16235
Honorable Peter Sakai, Judge Presiding

## O R D E R

The Appellee's unopposed motion for extension of time to file supplemental brief is hereby GRANTED. Time is extended to August 30, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2016.

Keith E. Hottle
Clerk of Court